IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANGELO RHAD and PATRICK KELLY, | CASE NO. 3:23-cv-1779 |
| Plaintiffs, | JUDGE JEFFERY J. HELMICK |
| -vs- | MAGISTRATE JUDGE CLAY |
| J.L.C. TRANSPORTATION, INC. and DARROL LOAN LONG, | |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate that this matter may be marked "settled and dismissed with prejudice, each party to bear its own costs" and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

*This is a final order, resolving the last pending claim, and closing the case.*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

**APPROVED:**

*/s/ Thomas D. Berret* w/permission
**THOMAS D. BERRET (Pro Hac Vice)**
HAL K. WALDMAN & ASSOCIATES
*Attorney for Plaintiffs*

*/s/ Sarah V. Beaubien*
**SARAH V. BEAUBIEN (0087735)**
**JAMES F. TAFELSKI (0095212)**
GALLAGHER SHARP LLP
*Attorneys for Defendants*